■ The People of the State of New York, Respondent, v Kerry F. Traver, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario

County Court, Sirkin, J.—Robbery, 3rd Degree.) Present— Boomer, J. P., Pine, Lawton, Fallon and Doerr, JJ.